# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SANTO ISLAAM, | : | |
| Petitioner, | : | Civ. No. 16-3664 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

**ROBERT B. KUGLER, U.S.D.J.**

This matter comes before the Court upon Petitioner's request for an extension of time, until June 18, 2020, to file a response to this Court's April 11, 2020 Order. (ECF No. 37.) Petitioner states that the facility where he is detained is currently on lockdown due to COVID-19 and that he is provided with very little time outside of his cell. (*Id.* at 1.) Petitioner further states that when he is permitted to leave his cell, the law library is often crowded, and he is not always able access the library computers. (*Id.* at 3.) Additionally, Petitioner requests a copy of his original petition, stating that his copy has "disappeared through the hands of Canaan-USP staff/officials." (*Id.* at 2.)

The Court will grant Petitioner's motion for an extension of time to respond to this Court's April 11, 2020 Order. Petitioner is reminded that the April 11, 2020 Order directed him to inform the Court of: (1) the date he received a copy of this Court's March 27, 2019 Opinion and Order denying his motion filed pursuant to 28 U.S.C. § 2255; (2) his efforts to file an appeal of his § 2255; and (3) any attempts by correctional officials to interfere with his ability to file an appeal in this case.

Therefore, IT IS on this  28th   day of April 2020;

ORDERED that, by June 18, 2020, Petitioner shall inform this Court, in writing, the date on which he received a copy of this Court's March 27, 2019 Opinion and Order denying his § 2255 motion, his efforts to file an appeal of his § 2255, and any attempts by correctional officials to interfere with his ability to file that appeal; and it is further

ORDERED that if Petitioner fails to file a response by June 18, 2020 that this Court will make a determination on the matter remanded by the Third Circuit based upon the current record before the Court, which may lead to a denial of the request to enlarge the time to appeal; and it is further

ORDERED that Respondent may file a reply to Petitioner's response within ten (10) days of receiving Petitioner's response; and it is further

ORDERED that the Clerk of the Court shall send a copy of this Memorandum and Order, as well as a copy of Petitioner's original § 2255 petition and the attached exhibit (ECF No. 1), to Petitioner by regular mail.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge